UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------X
EDIZON CHAVEZ AND MARTHA L CHAVEZ, : 07-CV-01585-AKH

                Plaintiff, : **APPEARANCE**

  - against -

                  : **ELECTRONICALLY FILED**

ALAN KASMAN D/B/A KASCO, *et al.*,

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                             By:    /s/ Judith R. Cohen
                                    _____

                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.

DOCSNY-271407v01