x:\tc51226\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
EDIZON CHAVEZ AND MARTHA L. CHAVEZ,

      Plaintiff,

  -against-

ALAN KASMAN DBA KASCO, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A BMS
CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH
& CO., INC., R Y MANAGEMENT CO., INC., RY
MANAGEMENT STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B.
HOLDING CO., I. LP., WFP TOWER B HOLDING
CO., II L.P., WFP TOWER D CO. G. P. CORP., WFP

**NOTICE OF ADOPTION**

07 CV 01585

TOWER D HOLDING I G.P. CORP., WFP TOWER D.
CO., L.P., ZECKENDORF REALTY, ZECKENDORF
REALTY, LLC, AND ZECKENDORF REALTY, L.P.,

                              Defendants.
-----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

       WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 1, 2007

                                                      ROGER P. McTIERNAN, JR. (RPM 1680)
                                                      BARRY, McTIERNAN & MOORE
                                                      Attorneys for Defendants
                                                      STRUCTURE TONE, INC. s/h/a
                                                      STRUCTURE TONE (UK), INC. and
                                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                                      2 Rector Street – 14th Floor
                                                      New York, New York 10006
                                                      (212) 313-3600