UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
EDIZON CHAVEZ and wife MARTHA L CHAVEZ

                              Plaintiffs,         Index No.: 07 CV 1585

      -against-

RELATED BPC ASSOCIATES, INC.,                       **NOTICE OF APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC. and                  **ELECTRONICALLY FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

                              Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
            January 23, 2008


                                        LONDON FISCHER LLP

                          By:  _____
                               Gillian Hines Kost (GK-2880)
                               59 Maiden Lane
                               New York, New York 10038
                               Phone: (212) 972-1000
                               Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC.,** and
**LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance