UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X  07CV01585(AKH)
EDIZON CHAVEZ AND MARTHA L CHAVEZ,

                    Plaintiffs,

    - against --
                                                  ANSWER TO
                                                  AMENDED
                                                  COMPLAINT

110 CHURCH LLC,
2 BROADWAY LLC,
53 PARK PLACE, LLC,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., COLLIERS ABR INC,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HUDSON VIEW
EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES LP,
LIONSHEAD 110 DEVELOPMENT LLC,
LIONSHEAD DEVELOPMENT LLC,
MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA INC,
NOMURA SECURITIES INTERNATIONAL INC,
RY MANAGEMENT CO., INC., RY
MANAGEMENT,
RELATED BPC ASSOCIATES INC,
RELATED MANAGEMENT CO LP,
SABINE ZERARKA, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVCIES, INC.,
THE RELATED COMPANIES LP,
THE RELATED REALTY GROUP INC,

TOSCORP INC,
TUCKER ANTHONY INC,
VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP TOWER A CO
WFP TOWER A CO GP CORP
WFP TOWER A CO LP,
WFP TOWER B CO GP CORP,
WFP TOWER B HOLDING CO,
WFP TOWER B HOLDING CO LP,
WFP TOWER D CO. G.P.CORP., WFP TOWER D HOLDING CO. I L.P., WFP
TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING
I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL
-------------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                    Yours, etc.

                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                    Attorneys for Defendant –Envirotech
                    3000 Marcus Avenue, Suite 2E1
                    Lake Success, New York 11042
                    (516) 775-5800

                    BY: _____
                            Heather L. Smar (4622)