RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |

------------------------------------------------------------------X

| | |
|---|---|
| EDIZON CHAVEZ (AND WIFE, MARTHA L.<br>CHAVEZ), | Docket No.: 07 CV 1585 |
| Plaintiffs, | NOTICE OF ADOPTION<br>OF ANSWER TO |
| -against- | MASTER COMPLAINT |
| 110 CHURCH LLC, et al., | ELECTRONICALLY FILED |
| Defendants. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
July 30, 2008

                                  RUBIN, FIORELLA & FRIEDMAN LLP

By: _____*Leila Cardo*_____
Leila Cardo (LC-8359)
*Attorneys for Defendant*
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879